Argued May 16, affirmed July 18, 1977

In the Matter of the Marriage of
McQUEEN, *Respondent,*
*and*
McQUEEN, *Appellant.*
(No. 31527, CA 7606)
566 P2d 208

J. W. Walton, Corvallis, argued the cause for appellant. On the brief was Ringo, Walton & Eves, P.C., Corvallis.

William R. Thomas, Lebanon, argued the cause for respondent. On the brief were Thomas J. Reuter, and Morley, Thomas, Orona & Kingsley, Lebanon.

Before Schwab, Chief Judge, and Lee and Richardson, Judges.

PER CURIAM.

## PER CURIAM.

In this proceeding, dissolving a marriage of a little over two years' duration, wife contends that the trial court improperly divided the marital assets. Considering the ages of the parties, their opportunities for employment, the duration of the marriage, and the nature and source of the assets, we agree with the division made by the trial court.

Affirmed. Costs to respondent.